W. HOWARD LAKE, administrator &c. of George Rea, deceased, appellant,

*v.*

THE FLEMINGTON NATIONAL BANK, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *Flemington National Bank* v. *Jones, 5 Dick. Ch. Rep. 244.*

Ladner *v.* Beckhaus.

*Mr. John N. Voorhees,* for the appellant.

*Mr. Henry A. Fluck,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.